# Supreme Court of Texas

Misc. Docket No. 22-9016

## Denial of Request to Transfer Case from the Sixth Court of Appeals

The Supreme Court denies the request to transfer the following case from the Sixth Court of Appeals District, Texarkana, Texas:

Case No. 06-21-00073-CV
*The Estate of Leah Rita Tillotson, Deceased*

**ORDERED by the Supreme Court of Texas, in Chambers,**

With the Seal thereof affixed at the City of Austin, this 28th day of February, 2022.

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS